NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7078

ROBERT L. NORRIS,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-1910, Judge William A. Moorman.

ON MOTION

## O R D E R

Robert L. Norris moves without opposition to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

JUL 2 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Kenneth M. Carpenter, Esq.
       Kent C. Kiffner, Esq.
s17

ISSUED AS A MANDATE: JUL 2 8 2009 _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 8 2009

JAN HORBALY
CLERK